IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMAL MOORE and DARLENA MOORE, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CASE NO. 3:09-0074 ) JUDGE TRAUGER/KNOWLES ) ) |
| RUTHERFORD COUNTY SCHOOL DISTRICT, | ) ) ) |
| Defendants. | ) |

### ORDER

This matter is before the Court upon Plaintiff Darlena Moore's "Motion for Court to Subpoena Transcript, Exhibits and Documents from Due Process Hearing." Docket No. 35. The Motion discusses the fact that Plaintiffs need the services of a "special education" attorney, but that the State of Tennessee does not have any such attorneys.

To the extent that the instant Motion could be construed as a second Motion for the Appointment of Counsel, that Motion is DENIED for the reasons stated in the Court's prior Order (Docket No. 29).

Additionally, it is not the function of the Court to subpoena documents that might be relevant to the case at bar. The Court cannot assist either side in preparing or presenting their case. Plaintiffs, even though they are proceeding pro se, must comply with the requirements of federal law, the Federal Rules of Civil Procedure, and the Local Rules of Court.

For the foregoing reasons, the instant Motion (Docket No. 35) is DENIED.

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge