# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMAL MOORE and DARLENA MOORE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 3:09-0074 |
| ) | Judge Trauger |
| v. ) | Magistrate Judge Knowles |
| ) | |
| RUTHERFORD COUNTY SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On December 7, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 40), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendant's Motion to Dismiss The Complaint With Prejudice Based Upon Plaintiffs' Failure to Prosecute, Failure to Comply With The Court Order and Failure to Participate In Discovery (Docket No. 36) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

ENTER this 6th day of January 2010.

_____
ALETA A. TRAUGER
U.S. District Judge